UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY SIVELS,

    Plaintiff,

v.

                                Case No. 22-cv-11671
                                Hon. Matthew F. Leitman

FCA US LLC A/K/A FIAT CHRYSLER
AUTOMOBILES,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION (ECF No. 4) AND STAYING ACTION

In this employment discrimination action, Plaintiff Randy Sivels alleges that his employer, Defendant FCA US LLC A/K/A/ Fiat Chrysler Automobiles ("FCA"), discriminated against him on the basis of a disability, in violation of the Americans with Disabilities Act ("ADA") and the Michigan Persons with Disabilities Civil Rights Act ("PDCRA"). On October 24, 2022, FCA filed a Motion to Compel Arbitration, in which it argued that Sivels' claims should be submitted to arbitration because he agreed to arbitrate all employment disputes in his application for employment with FCA. (*See* Mot., ECF No. 4.)

The Court held a hearing on April 18, 2023 to hear argument on Defendant's motion. For the reasons explained on the record during that hearing, Defendant's Motion to Compel Arbitration (ECF No. 4) is **GRANTED**. Plaintiff's claims shall

be submitted to arbitration, and this action is **STAYED** pending the results of that arbitration process.

    **IT IS SO ORDERED.**

                                                     s/Matthew F. Leitman  
                                                     MATTHEW F. LEITMAN  
                                                     UNITED STATES DISTRICT JUDGE

Dated: April 18, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 18, 2023, by electronic means and/or ordinary mail.

                                                     s/Holly A. Ryan  
                                                   Case Manager  
                                                   (313) 234-5126